# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4356
_____

TIMOTHY THOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

December 19, 2018

PER CURIAM.

AFFIRMED.

ROWE, BILBREY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Timothy Thomas, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.